NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COLLEGENET, INC.,**
*Plaintiff-Appellant,*

**v.**

**MARKETLINX, INC.,**
*Defendant-Appellee.*

---

2012-1083

---

Appeal from the United States District Court for the Western District of Texas in Case No. 09-CV-0544, Judge Sam Sparks.

---

**JUDGMENT**

---

JOHN D. VANDENBERG, Klarquist Sparkman, LLP, of Portland, Oregon, argued for plaintiff-appellant. With him on the brief was STEPHEN J. JONCUS.

FLOYD R. NATION, Winston & Strawn, LLP, of Houston, Texas, argued for the defendant-appellee. With him on the brief was MERRITT D. WESTCOTT.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 19, 2012                         /s/ Jan Horbaly
Date                                  Jan Horbaly
                                         Clerk